UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ELIJAH POUGH,

Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated at today's conference, James Roth is relieved as counsel for Defendant Elijah Pough.  Harvey Fishbein is appointed as counsel for Defendant Pough pursuant to the Criminal Justice Act.

Dated: New York, New York
       July 11, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge