LEONARDO M. ALDRIDGE
Attorney-At-Law
20 Vesey St. Suite 400
New York, NY 10007

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York, 10007

Re:  *U.S. v. Elijah Pough,* 23 Cr. 204 (PGG)

Dear Judge Gardephe:

    Mr. Elijah Pough's sentencing hearing is currently scheduled for Tuesday, April 29. I write to request that Your Honor grant a continuance to the sentencing date and that the Court schedule it, if possible, for Friday, May 16.

    I am currently on trial before the Hon. J. Paul Oetken. We are sitting from Monday through Thursdays, with Fridays off. It is a three-defendant RICO conspiracy trial with several alleged murders, and the government has estimated that it will potentially last until mid-May.

    I am seeking this continuance for Mr. Pough's sentencing hearing for several reasons: (1) so that it does not conflict with trial in Cr. No. 22-293, (2) that I have sufficient time to prepare Mr. Pough at the MDC for his sentencing, and (3) that I can submit a more thorough sentencing memorandum while not in the midst of trial.

    I thank the Court for its time and consideration of this request.

                                                  Respectfully submitted,
                                                  */s/Leonardo M. Aldridge*


CC:    AUSAs Jacob Fiddelman, Matthew King, Michael Herman